# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AIRSPAN NETWORKS HOLDINGS INC., *et al.*,[1] | Case No. 24-10621 (TMH) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON APRIL 22, 2024, AT 1:00 P.M. (ET)**

This proceeding will be conducted in-person, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, DE 19801. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.

Please refer to Judge Horan's Chambers Procedures and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements.

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourt Appearances* tool available on the Court's website.**

## MATTERS PROCEEDING UNDER CERTIFICATION OF COUNSEL

1. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 8]

    Response Deadline: April 15, 2024 at 4:30 p.m. (ET).

    Responses Received: The Debtors are incorporating comments received from the U.S. Trustee's office to the final order on this motion. No other comments were received.

    Related Documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Airspan Networks Holdings Inc. (2786); Airspan Networks Inc. (0097); Airspan IP Holdco LLC (9270); and Airspan Networks (SG) Inc. (2232). The location of the Debtors' service address is: 777 Yamato Road, Suite 310, Boca Raton, FL 33431.

      a)      Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed April 3, 2024; Docket No. 58]

      b)      Notice of Filing Revised Final Orders on Debtors' First Day Motions, Exhibits A-1 and A-2 [Filed April 12, 2024; Docket Nos. 84-1 and 84-2]

Status: A certification of counsel attaching a revised final order will be filed. The Debtors expect that no hearing will be required unless the Court has questions.

2. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Docket No. 9]

Response Deadline: April 15, 2024 at 4:30 p.m. (ET).

Responses Received: The Debtors are incorporating comments received from the U.S. Trustee's office to the final order on this motion. No other comments were received.

Related Documents:

      a)      Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief [Filed April 3, 2024; Docket No. 57]

      b)      Notice of Filing Revised Final Orders on Debtors' First Day Motions, Exhibits B-1 and B-2 [File April 12, 2024; Docket Nos. 84-3 and 84-4]

Status: A certification of counsel attaching a revised final order will be filed. The Debtors expect that no hearing will be required unless the Court has questions.

3. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Docket No. 10]

Response Deadline: April 15, 2024 at 4:30 p.m. (ET).

Responses Received: The Debtors have received comments from the U.S. Trustee's office and are negotiating language to be included in the final order. No other comments were received.

<ul style="list-style:none">
<li>

Related Documents:

a) Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Filed April 2, 2024; Docket No. 54]

b) Interim Order (I) Authorizing Payment of All Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, (III) Authorizing Satisfaction of Obligations Related Thereto, and (IV) Granting Related Relief [Filed April 3, 2024; Docket No. 60]

c) Notice of Filing Revised Final Orders on Debtors' First Day Motions, Exhibits C-1 and C-2 [File April 12, 2024; Docket Nos. 84-5 and 84-6]

Status: The Debtors are negotiating language with the U.S. Trustee to be included in the final order.

</li>
</ul>

4. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Continue to Pay Brokerage Fees; and (II) Granting Related Relief [Docket No. 11]

Response Deadline: April 15, 2024 at 4:30 p.m. (ET).

Responses Received: The Debtors are incorporating comments received from the U.S. Trustee's office and the Chubb Insurance Companies to the final order on this motion. No other comments were received.

Related Documents:

a) Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, (C) Continue to Pay Brokerage Fees; and (II) Granting Related Relief [Filed April 3, 2024; Docket No. 63]

b) Notice of Filing Revised Final Orders on Debtors' First Day Motions, Exhibits D-1 and D-2 [File April 12, 2024; Docket Nos. 84-7 and 84-8]

    Status: A certification of counsel attaching a revised final order will be filed. The Debtors expect that no hearing will be required unless the Court has questions..

5. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Employee Benefits and (B) Continue the Postpetition Maintenance of Employee Benefit Programs, Policies, and Procedures in the Ordinary Course, (C) Modifying the Automatic Stay, and (II) Granting Related Relief [Docket No. 12]

  Response Deadline: April 15, 2024 at 4:30 p.m. (ET).

  Responses Received: The Debtors are incorporating comments received from the Chubb Insurance Companies to the final order on this motion. No other comments were received.

  Related Documents:

  a) Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Employee Benefits and (B) Continue the Postpetition Maintenance of Employee Benefit Programs, Policies, and Procedures in the Ordinary Course, (C) Modifying the Automatic Stay, and (II) Granting Related Relief [Filed April 3, 2024; Docket No. 64]

  b) Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, and Employee Benefits and (B) Continue the Postpetition Maintenance of Employee Benefit Programs, Policies, and Procedures in the Ordinary Course, (C) Modifying the Automatic Stay, and (II) Granting Related Relief [Filed April 3, 2024; Docket No. 65]

  c) Notice of Filing Revised Final Orders on Debtors' First Day Motions, Exhibits E-1 and E-2 [File April 12, 2024; Docket Nos. 84-9 and 84-10]

  Status: A certification of counsel attaching a revised final order will be filed. The Debtors expect that no hearing will be required unless the Court has questions.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related Relief [Docket No. 13]

  Response Deadline: April 15, 2024 at 4:30 p.m. (ET).

      Responses Received: The Debtors are incorporating comments received from the U.S. Trustee's office to the final order on this motion and are in the process of finalizing agreed-upon language. No other comments were received.

      Related Documents:

    a)    Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Continue to Perform Intercompany Transactions, and (C) Maintain Existing Business Forms and Books and Records, and (II) Granting Related Relief [Filed April 3, 2024; Docket No. 59]

    b)    Notice of Filing Revised Final Orders on Debtors' First Day Motions, Exhibits F-1 and F-2 [File April 12, 2024; Docket Nos. 84-11 and 84-12]

      Status: A certification of counsel attaching a revised final order will be filed. The Debtors expect that no hearing will be required unless the Court has questions.

7.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [Docket No. 16]

      Response Deadline: April 15, 2024 at 4:30 p.m. (ET).

      Responses Received: The Debtors received informal comments from the Chubb Insurance Companies to the final order on this motion. No other comments were received

      Related Documents:

    a)    Certification of Counsel Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [Filed April 2, 2024; Docket No. 56]

    b)    Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting

    Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing and (VI) Granting Related Relief [Filed April 3, 2024; Docket No. 62]

c)  Notice of Filing Revised Final Orders on Debtors' First Day Motions, Exhibits G-1 and G-2 [File April 12, 2024; Docket Nos. 84-13 and 84-14]

<u>Status</u>: A certification of counsel attaching a revised final order will be filed. The Debtors expect that no hearing will be required unless the Court has questions.

Dated: April 18, 2024
Wilmington, Delaware

**DORSEY & WHITNEY (DELAWARE) LLP**

*/s/ Eric Lopez Schnabel*
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Email: schnabel.eric@dorsey.com
   glorioso.alessandra@dorsey.com

-and-

**DORSEY & WHITNEY LLP**
Eric Lopez Schnabel
Alessandra Glorioso
Samuel S. Kohn (admitted *pro hac vice*)
Michael Galen (admitted *pro hac vice*)
Rachel P. Stoian (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
Email: schnabel.eric@dorsey.com
   glorioso.alessandra@dorsey.com
   kohn.sam@dorsey.com
   galen.michael@dorsey.com
   stoian.rachel@dorsey.com

*Proposed Counsel for the Debtors
and Debtors in Possession*