IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AIRSPAN NETWORKS HOLDINGS INC., *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 24-10621 (TMH)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 83** |

### ORDER (I) CONDITIONALLY WAIVING THE REQUIREMENTS THAT THE DEBTORS FILE SCHEDULES, SOFAS, AND 2015.3 REPORTS, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) extending the deadlines by which the Debtors must file schedules of assets and liabilities ("Schedules"), statements of financial affairs ("SOFAs"), and initial reports of financial information ("2015.3 Reports") in respect of entities in which the Debtors hold a controlling interest and, in each case, upon confirmation the Debtors' chapter 11 plan, waiving the requirement to file Schedules, SOFAs, and 2015.3 Reports, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Airspan Networks Holdings Inc. (2786); Airspan Networks Inc. (0097); Airspan IP Holdco LLC (9270); and Airspan Networks (SG) Inc. (2232). The location of the Debtors' service address is: 777 Yamato Road, Suite 310, Boca Raton, FL 33431.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT

1. The Motion is granted as set forth in this Order.

2. The deadline for the Debtors to file the Schedules, SOFAs, and 2015.3 Reports is extended through and including May 31, 2024, without prejudice to the Debtors' rights to request further extensions thereof.

3. The requirement to file the Schedules, SOFAs and 2015.3 Reports shall be permanently waived upon effectiveness of the Plan, provided that Plan is confirmed by this Court on or prior to May 31, 2024 and goes effective on or prior to July 31, 2024, subject to the Debtors' rights to seek an extension of such periods.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: May 13th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**