IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AIRSPAN NETWORKS HOLDINGS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10621 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF DEBTORS' FIRST MOTION
SEEKING TO EXTEND THE WAIVER OF THE REQUIREMENT UNDER
11 U.S.C. § 341 THAT THE U.S. TRUSTEE CONVENE A MEETING OF CREDITORS**

    **PLEASE TAKE NOTICE** that on May 10, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' First Motion Seeking to Extend the Waiver of the Requirement Under 11 U.S.C. § 341 that the U.S. Trustee Convene a Meeting of Creditors* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before **May 27, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served so as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

    **PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are filed and cannot be resolved, a hearing on the Motion shall be scheduled at a date and time to be determined and held before the Honorable Thomas M. Horan at the Bankruptcy Court, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

    **IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Airspan Networks Holdings Inc. (2786); Airspan Networks Inc. (0097); Airspan IP Holdco LLC (9270); and Airspan Networks (SG) Inc. (2232). The location of the Debtors' service address is: 777 Yamato Road, Suite 310, Boca Raton, FL 33431.

| | |
|---|---|
| Dated: May 13, 2024<br>Wilmington, Delaware | **DORSEY & WHITNEY (DELAWARE) LLP**<br><br>*/s/ Eric Lopez Schnabel*<br>Eric Lopez Schnabel (DE Bar No. 3672)<br>Alessandra Glorioso (DE Bar No. 5757)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, Delaware 19801<br>Telephone:   (302) 425-7171<br>Email: schnabel.eric@dorsey.com<br>          glorioso.alessandra@dorsey.com<br><br>-and-<br><br>**DORSEY & WHITNEY LLP**<br>Eric Lopez Schnabel<br>Alessandra Glorioso<br>Samuel S. Kohn (*pro hac vice*)<br>Michael Galen (*pro hac vice*)<br>Rachel P. Stoian (*pro hac vice*)<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone:   (212) 415-9200<br>Email: schnabel.eric@dorsey.com<br>          glorioso.alessandra@dorsey.com<br>          kohn.sam@dorsey.com<br>          galen.michael@dorsey.com<br>          stoian.rachel@dorsey.com<br><br>*Proposed Counsel for the Debtors*<br>*and Debtors in Possession* |